**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Lewis Erving GIPSON, Defendant–**
**Appellant.**

**No. 14–10246**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 16, 2014.

James Wesley Hendrix, Suzanna Odette Etessam, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Monica F. Markley, Federal Public Defender's Office, Fort Worth, TX, Sam L. Ogan, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

. Lewis Erving Gipson, Pollock, LA, pro se.

Before KING, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Lewis Erving Gipson has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Gipson has not filed a response.

During the pendency of this appeal, Gipson completed the sentence imposed upon revocation of supervised release and was released from custody. Because no additional term of supervised release was imposed, the instant appeal is moot. *See Spencer v. Kemna*, 523 U.S. 1, 7, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir. 1987). Accordingly, the appeal is DISMISSED as moot, and counsel's motion for leave to withdraw is DENIED as unnecessary.

---

* Pursuant to 5TH CIR. R. 47.5,. the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.